UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-0368-PSF-OES

TARA WOODS LIMITED PARTNERSHIP,

Plaintiff,

v.

OMNI PROPERTIES, INC., a/k/a OMNI APARTMENT COMMUNITIES, INC., and GREG GULLEY,

Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court upon the Stipulated Motion to Extend Deadline for Filing of Stipulated Motion to Dismiss, and the Court having reviewed the pleadings and the file and being fully advised in the premises,

IT IS HEREBY ORDERED that the parties are granted an extension of time, to and including July 13, 2005, to file a stipulated motion to dismiss this action.

DATED:  June 30, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge