IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-0368-PSF-OES

TARA WOODS LIMITED PARTNERSHIP,

        Plaintiff,

v.

OMNI PROPERTIES, INC.,
a/k/a OMNI APARTMENT COMMUNITIES, INC., and
GREG GULLEY,

        Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the stipulation of the parties, and the Court having reviewed the pleadings and the file and being fully advised in the premises,

IT IS HEREBY ORDERED that the captioned action is DISMISSED, with prejudice, each party to bear their own respective attorneys' fees and costs.

DONE THIS 13th DAY OF JUNE, 2005.

                              BY THE COURT:

                              s/ Phillip S. Figa

                              District Court Judge